**FILED**

Vanessa L Armstrong, Clerk

Jul 28 2020

U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA            PLAINTIFF

vs.            CASE NO. 1:16-mj-50-CHL
           FILED UNDER SEAL

MIRSAD RAMIC            DEFENDANT

## MOTION TO PARTIALLY UNSEAL COMPLAINT FOR THE PURPOSE OF AN INTERPOL RED NOTICE, PROVISIONAL ARREST, AND EXTRADITION

Comes the United States of America, by counsel, Joshua Judd, Assistant United States Attorney for the Western District of Kentucky, to order and direct that the criminal complaint and arrest warrant for the defendant, **MIRSAD RAMIC**, charging the above-named defendant with violations of Title 18, United States Code, Sections 2339B (Providing and Attempting and Conspiring to Provide Material Support and Resources to a Designated Foreign Terrorist Organization) and 2339D (Receiving Military-Type Training From a Designated Foreign Terrorist Organization), to be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the issuance of the complaint and arrest warrant, except as necessary for the issuance and execution of warrant for the arrest of the defendant. The government respectfully moves that the complaint and arrest warrant remain sealed with the exception that the complaint and arrest warrant are unsealed for the limited purpose of disclosing evidence of or disseminating the complaint and/or arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with the efforts to prosecute the defendant or to secure the

defendant's arrest, extradition or expulsion, or as otherwise required for purposes of national security. This would include disclosing the contents of the criminal complaint and arrest warrant to Interpol partners for the purpose of a Red Notice or any other notices and foreign partners who may arrest the defendant pursuant to a provisional arrest warrant or for the purposes of Extradition from a foreign country.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

_____

Joshua Judd
Assistant U.S. Attorney