UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**MIRSAD RAMIC**
a/k/a MIRSAD HARIZ ADEM RAMIC
a/k/a MALIK RAMIC
a/k/a MALIK AL MUTHANNA
a/k/a MALIK WHITE
a/k/a AHMET SIHINY
a/k/a ABU HAZIM AL BOSNAWI

INDICTMENT

NO. 1:21-CR-13-GNS
18 U.S.C. § 2
18 U.S.C. § 2339B
18 U.S.C. § 2339D
18 U.S.C. § 3238

**FILED**
JAMES J. VILT, JR. - CLERK
MAY 11 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

The Grand Jury charges:

## COUNT 1
*(Material Support)*

On or about June 2014 to September 2015, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **MIRSAD RAMIC,** a/k/a MIRSAD HARIZ ADEM RAMIC, a/k/a MALIK RAMIC, a/k/a MALIK AL MUTHANNA, a/k/a MALIK WHITE, a/k/a AHMET SIHINY, a/k/a ABU HAZIM AL BOSNAWI, knowingly provided material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, personnel (including himself) and services, to a foreign terrorists organization, and attempted to do the same to wit, the Islamic State of Iraq and al-Sham ("ISIS") which at all relevant times has been designated by the Secretary of State as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act ("INA") knowing that ISIS was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339(g)(6), that

ISIS engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that ISIS engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

In violation of Title 18, United States Code, Sections 2339B(a)(1), (d)(1)(C), (E), and (F), 3238, and 2.

The Grand Jury further charges:

## COUNT 2
*(Conspiracy to Provide Material Support)*

On or about June 2014 to September 2015, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **MIRSAD RAMIC**, a/k/a MIRSAD HARIZ ADEM RAMIC, a/k/a MALIK RAMIC, a/k/a MALIK AL MUTHANNA, a/k/a MALIK WHITE, a/k/a AHMET SIHINY, a/k/a ABU HAZIM AL BOSNAWI, knowingly conspired, with others known and unknown to the grand jury, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, personnel (including himself) and services, to a foreign terrorists organization, and attempted to do the same to wit, the Islamic State of Iraq and al-Sham ("ISIS") which, at all relevant times, has been designated by the Secretary of State as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act ("INA"), knowing that ISIS was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339(g)(6), that ISIS engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that ISIS engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

In violation of Title 18, United States Code, Sections 2339B(a)(1), (d)(1)(C), (E) and (F), and 3238.

The Grand Jury further charges:

## COUNT 3
*(Receipt of Military-Type Training from a Foreign Terrorist Organization)*

On or about June 2014 to September 2015, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, the defendant, **MIRSAD RAMIC**, a/k/a MIRSAD HARIZ ADEM RAMIC, a/k/a MALIK RAMIC, a/k/a MALIK AL MUTHANNA, a/k/a MALIK WHITE, a/k/a AHMET SIHINY, a/k/a ABU HAZIM AL BOSNAWI, knowingly received military-type training from and on behalf of the Islamic State of Iraq and al-Sham ("ISIS"), which, at all relevant times, has been designated by the Secretary of State as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act ("INA"), knowing that ISIS was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339(g)(6), that ISIS engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that ISIS engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), to wit, on behalf of ISIS, MIRSAD RAMIC, received military-type training from ISIS while in Syria.

3

In violation of Title 18, United States Code, Sections 2339D(a), (b)(1), (b)(3),(b)(5), and (b)(6), and 3238.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:JDJ

UNITED STATES OF AMERICA v. **MIRSAD RAMIC,** a/k/a MIRSAD HARIZ ADEM RAMIC, a/k/a MALIK RAMIC, a/k/a MALIK AL MUTHANNA, a/k/a MALIK WHITE, a/k/a AHMET SIHINY, a/k/a ABU HAZIM AL BOSNAWI

## PENALTIES

Count 1-2: NM 20 yrs./$250,000/both/NM life Supervised Release.
Count 3: NM 10 yrs./$250,000/both/NM Life Supervised Release.

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.