UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                                         Criminal No. 21-CR-00013-GNS

**MIRSAD RAMIC**                                                         DEFENDANT

## MOTION TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER PURSUANT TO SECTION 9 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States of America respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to Section 9 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") (stating "the Chief Justice of the United States, in consultation with the Attorney General, the Director of National Intelligence, and the Secretary of Defense, shall prescribe rules establishing procedures for the protection against unauthorized disclosure of any classified information in the custody of the United States district courts . . . ."). *See also* Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States (stating "[i]n any criminal case . . . in which classified information is within, or is reasonably expected to be within, the custody of the court, the court will designate a 'classified information security officer.'"). In support of its application, the United States provides the following:

1. This is a criminal matter in which the grand jury returned an indictment charging the

---

[1] In the original Security Procedures promulgated by Chief Justice Burger, the title of the position was Court Security Officer. In the revised Security Procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

defendant with one count of attempting to provide and providing material support or resources to a foreign terrorist organization, in violation of 18 U.S.C. § 2339B; one count of conspiring to provide material support or resources to a foreign terrorist organization, in violation of 18 U.S.C. § 2339B; and one count of receiving military-type training from a foreign terrorist organization, in violation of 18 U.S.C. § 2339D.

2. The United States anticipates the need to file a motion for a protective order, *ex parte*, *in camera*, and under seal, pursuant to Section 4 of CIPA. That *ex parte*, *in camera*, under seal motion would refer, relate, or otherwise involve classified information.

3. For that reason, the United States seeks the appointment of a CISO to assist the Court with matters involving classified information. The CISO would be detailed to the Court and serve in a neutral capacity. *See* Pub. L. 96-456, 94 Stat. 2025, § 2 (the Security Procedures established by Chief Justice Roberts). The CISO would be "responsible to the court for the security of all classified information in the court's custody, including . . . any pleadings or other filings created in connection with the proceedings, and any form of information contained in any format . . . ." *Id*. The CISO also would be responsible for "any matters relating to personnel, information, or communications security . . . ." *Id*. To that end, the government anticipates that the CISO will assist the Court in obtaining the necessary security clearances for court personnel, handling and reviewing any classified information submitted by the government to the Court, and preparing proper classification markings on any orders issued by the Court.

4. The United States requests that the Court designate Carli V. Rodriguez-Feo as the CISO for this case. Carli V. Rodriguez-Feo is employed by the Department of Justice, Litigation Security Group. The United States further requests that the Court designate the following persons to serve as Alternate CISOs in the event Carli V. Rodriguez-Feo is not available: Daniel O. Hartenstine,

Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, and Winfield S. Slade. *Id*. (stating the Court "may designate, as required, one or more alternate classified information security officers . . . ."). These individuals also are employed with the Department of Justice, Litigation Security Group.

  5. The Security Procedures provide that the Department of Justice is responsible for all costs associated with the appointment of the CISO:

> All expenses of the United States Government that arise in connection with the implementation of these procedures, including any construction or equipment costs, will be borne by the Department of Justice and other appropriate Executive Branch agencies whose classified information is being protected.

*Id*.

            Respectfully submitted,

            MICHAEL A. BENNETT
            United States Attorney

            *s/ Joshua Judd*
            Joshua Judd
            Christopher C. Tieke
            Assistant United States Attorneys
            717 West Broadway
            Louisville, Kentucky 40202
            Phone: (502) 582-5911
            Fax: (502) 582-5067
            Joshua.judd@usdoj.gov
            Christopher.tieke@usdoj.gov

            */s/ Danielle Rosborough*
            Danielle S. Rosborough
            Jessica K. Fender
            Trial Attorneys, National Security Division
            United States Department of Justice
            Phone: 950 Pennsylvania Avenue, NW
            Washington, D.C.
            Phone: 202-305-4596

Danielle.Rosborough@usdoj.gov
Jessica.Fender2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022, I electronically filed the foregoing document using the ECF system, which will send notification of filing to the counsel of record.

        /s/ Joshua Judd
        Joshua Judd
        Assistant U.S. Attorney