UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                    CRIMINAL ACTION NO. 1:21-CR-00013-GNS-HBB
                                                                                *Electronically filed*

MIRSAD RAMIC                                                                                DEFENDANT
a/k/a MIRSAD HARIZ ADEM RAMIC
a/k/a MALIK RAMIC
a/k/a MALIK AL MUTHANNA
a/k/a MALIK WHITE
a/k/a AHMET SIHNY
a/k/a ABU HAZIM AL BOSNAWI

## UNITED STATES PRETRIAL MEMORANDUM

The United States submits this pretrial memorandum for the trial currently scheduled in Bowling Green, Kentucky on June 4, 2024. The United States anticipates the trial may last up to two weeks. The defendant Mirsad Ramic is charged in Count 1 with providing material support and resources to a foreign terrorist organization, the Islamic State of Iraq and al-Sham (ISIS), in violation of Title 18, United States Code, Section 2339B(a)(1). DN 7. Count 2 charged Ramic with conspiracy to provide material support to ISIS in violation of Title 18, United States Code, Section 2339B(a)(1). *Id.* Count 3 charged Ramic with knowingly receiving military-type training from and on behalf of the ISIS, in violation of Title 18, United States Code, Section 2339D(a). *Id.*

### I.    STATUTES INVOLVED AND ELEMENTS OF OFFNESES.

**Elements of Count 1: 18 USC § 2339B (Providing Material Support or Resources to Designated Foreign Terrorist Organizations)**

1. The defendant knowingly provided material support or resources to a foreign terrorist organization, namely ISIS;
2. The defendant knew that the organization was a designated terrorist organization, or that the organization had engaged in or engages in terrorist activity, or had engaged in or engages in "terrorism";

3. One of the jurisdictional requirements is met. Here, the United States may rely on one or more of the following specific bases;
   a. The defendant is a national of the United States or a permanent resident alien;
   b. After the conduct required for this offense occurred, the defendant was brought into the United States or found in the United States, even if the conduct required for this offense occurred outside the United States;
   c. The offense occurred in whole or in part within the United States;
   d. The offense occurred in or affected interstate or foreign commerce; or
   e. The defendant aided or abetted any person over whom jurisdiction exists under 18 U.S.C. § 2339B(a) or conspired with any person over whom jurisdiction exists under 18 U.S.C. § 2339B(d) to commit an offense. 18 U.S.C. § 2339B(a).

Authority:  18 U.S.C. § 2339B.

**Elements of Count Two: Conspiracy to Provide Material Support to a Designed Foreign Terrorist Organization  (18 U.S.C. § 2339B)**

1. A conspiracy as charged in Count 2 actually existed – that is, that there was in fact an unlawful agreement between two or more people to provide material support or resources to a foreign terrorist organization – namely, ISIS
2. The defendant knowingly and voluntarily joined the conspiracy – that is, that he knowingly and voluntarily joined with at least on other person in the agreement to provide material support or resources to ISIS;
3. The defendant participated in the conspiracy with knowledge that ISIS
   a. Was a designated terrorist organization; or
   b. Had engaged in or engages in "terrorist activity"; or
   c. Had engaged in or engages in "terrorism";
4. One of the jurisdiction requirements listed above is met.

Authority: 18 U.S.C. § 2339B.

Under an aiding and abetting theory, anyone who finances or facilitates another in the receipt of such training would be criminally liable as a principal.

Authority: 18 U.S.C. § 2

**Elements of Count 3:  18 U.S. Code § 2339D - Receiving military-type training from a foreign terrorist organization**

1. The Defendant received military-type training from a foreign terrorist organization—that being ISIS;
2. The defendant knew that the military-type training was provided by, or on behalf of ISIS;
3. The defendant did so with knowledge that ISIS:
   a. Was a designated terrorist organization; or
   b. Had engaged in or engages in "terrorist activity"; or

      c. Had engaged in or engages in "terrorism";
4. One of the jurisdiction requirements list above is met.

Authority: 18 U.S.C. § 2339D.

## II. STATEMENT OF FACTS

Defendant has been charged by indictment with three federal terrorism offenses, which carry a combined statutory maximum sentence of 50 years' imprisonment. The charged offenses arise from Ramic conspiring to provide, providing, and attempting to provide material support and resources to the Islamic State of Iraq and al-Sham ("ISIS"), as well as receiving military-type training from and for ISIS. ISIS and its predecessors have been designated a foreign terrorist organization by the United States since October 15, 2004. ISIS has carried out numerous deadly terrorist attacks around the world, including within the United States.

In June 2014, defendant Mirsad Ramic, a/k/a Abu Hazim Al-Bosnawi, a/k/a Malik Al Muthanna, together with two co-conspirators, Abdulah Mohamed Alnwfal ("Alnwfal"), and Khalaf Fahad Alkhalaf ("Alkhalaf") who both had attended Western Kentucky University in Bowling Green, Kentucky, departed the United States and traveled to Syria to join and fight for the terrorist organization known as the Islamic State of Iraq and al-Sham.

### A. CONSPIRACY AND TRAVEL TO SYRIA TO JOIN ISIS

Airline travel records show that Ramic departed from Nashville, Tennessee, on June 3, 2014 on a flight to Houston, Texas, and then to Istanbul, Turkey. Alnwfal and Alkhalaf flew together on a different flight on the same day, June 3, 2014, from Nashville to Dulles Airport and then to Istanbul, Turkey. All three met in Istanbul and purchased one-way tickets with cash on the same flight to Gaziantep, Turkey. Gaziantep is located near the border with Syria. It is also a

known travel location for those would be ISIS fighters to travel closer to Syria to cross the border to join ISIS. Upon arriving in Syria, Ramic, Alnwfal, Alkhalaf joined ISIS.

Turkish Airlines provided certified copies of travel information for Mirsad Ramic, Alkhalaf and Alnwfal. The travel itinerary for Ramic listed Ramic's date of birth as January 10, 1990. It indicated that he purchased flight tickets from Travelong Inc. (also known as CheapOair) using a Visa credit card ending 7723. The travel records show that he purchased travel on June 3, 2014 from Nashville to Houston and from Houston to Istanbul Turkey. On June 4, 2014, Ramic was scheduled to travel from Istanbul to Sarajevo but he did not board that flight. The price of the total amount of the ticket was $1407.45. Instead, travel records show that Mirsad Ramic traveled from Istanbul to Gaziantep, Turkey on June, 4, 2014 on flight number 2228. The one-way ticket was paid for with cash.

Turkish Airlines also provided certified travel records from coconspirators, Abdullah Mohamed Alnwfal and Khalaf Fahad Alkhalaf. The records contained the correct date of birth for both co-conspirators and indicated that the tickets were purchased from Cheap Tickets. On June 3, 2014, Alnwfal and Alkhalaf traveled from Nashville to Dulles Airport in Washington, D.C. On that same day they traveled from Dulles to Istanbul. Both had a final travel itinerary from Istanbul to Riyadh, Saudi Arabia on June 4, 2014. The price for each individual ticket was $1,384.60. The tickets were paid for by credit card ending 0913, which is the PNC account in the name of Alkhalaf. Travel records indicated that neither Alnwfal nor Alkahalaf traveled the final leg of the trip to Riyadh. Instead, just like Ramic's travel records, travel records for Alnwfal and Alkhalaf show the cash purchase of flight tickets from Istanbul to Gaziantep, Turkey on June 4, 2014 on flight 2228. Gaziantep, Turkey, is a city located near the norther border of Syria. It was a well know travel location for those aspiring to travel South to join ISIS. Alkhalaf's PNC bank records show that he purchased plane tickets for himself and Alnwafal.

When Ramic and his co-conspirators arrived in Syria to join ISIS, ISIS generated an autobiographical information that was recorded in a "General Border Administration Mujahid Information Form." This form was one way in which ISIS attempted to accurately record and track the attributes of the tens of thousands of foreign fighters flooding its ranks. These forms, one each for Ramic and the two Saudi Arabian co-conspirators Alnwfal and Alkhalaf, reflect that Ramic and his coconspirators entered into ISIS territory through the same port of entry, Tal Abyad, on the same day – June 11, 2014.

Ramic, Alkhalaf, and Alnwfal entered ISIS territory and were processed on the same day, June 11, 2014, a few days after traveling on the same flight to Gaziantep, Turkey. The ISIS border crossing information is part of a collection known as Toula Ridge I. The information contains over 5,000 previously exploited ISIS forms generated by General Border Administration to document biographic details of foreign fighters who travelled to Syria to join ISIS. The forms include the following fields: true names, aliases (known as "kunyas"), mother's name, blood type, dates of birth, nationality, marital status, address and place of residence, education level, Islamic Shari'a knowledge level, previous profession before arrival to Islamic State, countries visited and duration of stay, entry point to Islamic State, any references, date of entry to Islamic State, previous jihad experience and location, whether the individual would like to be a fighter or suicide fighter ("Inghimasi") or a would-be martyr, whether the individual's expertise is that of a fighter, in Islamic religious law ("shari'a"), security, or administration; current work place, items kept in a Safe Deposit Box controlled by ISIS administration, obedience level, address of correspondence outside ISIL territories, date and place of being killed, and any other comments.

Ramic's border crossing record from ISIS confirms he joined ISIS to become a fighter. The English translation of the General Border Crossing Administration records containing Mujahid Information form indicated that the full name was Ramish Mirsad [Bosnian variant: Ramic Mirsad] with a kunya of Abu Hazim al-Bosnawi [Bosnian]. The date of birth provided was

5

1990 and the form indicated he was single and had a place of residence in Bosnia. His occupation prior to arrival was listed as the driver of large trucks. The form indicated that Ramic had visited and spent time in Yemen. His point of entry was indicated as Tal Abyad, a border town with Turkey in Northern Syria. The form indicated Ramic's date of entry was June 11, 2014. The form indicated that upon the choices of fighter, suicide bomber, or inghamasi [suicide fighter] that fighter was indicated. Finally, the form indicated that Ramic surrendered his passport.

The border crossing information for Alkhalaf shows he joined ISIS to become a fighter the same day as Ramic and Anwfal. He provided the name of Khalaf Bin-Fahd Bin-Khalaf with a kunya of Abu-Jahim al-Aslami with a date of birth of 1988. The address and place of residence was Al Khafji, Saudi Arabia. He indicated his education level was two years of college in petroleum and English language and another year in chemistry. He indicated he had spent time in the US and Canada. He indicated he entered in Tal Abyad on June 11, 2014. The form asked if he was a fighter, suicide bomber, or suicide fighter, and fighter was selected. He indicated that he turned over his passport to ISIS, and that his father was named Fahd with a provided contact number.

The biographical information for Alkhalaf in the border crossing records was confirmed by comparing it to information in Alkhalaf's certified records from Western Kentucky University (WKU). He attended WKU between fall 2011 to Spring 2014. Alkhalaf's records indicated he was from Saudi Arabia, and that he studied chemistry and science. Alkhalaf's Certificate of Eligibility for Nonimmigrant (F-1) Student Status – For Academic and Language Students confirm he was from Saudi Arabia with a DOB of 1988. His foreign address was listed as Al Khafji. His domestic address was listed as 1926 Creason St, Bowling Green, Kentucky.

Alnwfal ISIS records show he joined ISIS the same day as Ramic and Alkhalaf. The records show the name of Abudalla Bin-Muhammad with a kunya of Abu-Hamzah al-Hashimi. His date of birth was listed as 1988. He indicated he was married with one child. His address and

place of residence was indicated as Saudi Arabia. He indicated his education was a Bachelor's degree in Technology Engineering and factories management. He indicated he had one and half year in the USA, and four years in Canada. His point of entry to Syria and ISIS was Tal Abyad on June 11, 2014. He also signed up to be a fighter and turned over his passport. He listed a phone number for his father and indicated he was proficient in English.

Records provided from WKU confirmed that Abdulah M. Alnwfal resided at 1922 Creason St, Bowling Green, Kentucky. He was studying Technology management, Architectural & Manufacturing in the program for a BS in Science and Engineering. WKU provided a copy of his Saudi Arabian passport indicating his full name was Abdulah Mohamed S. Alnwfal with a date of birth of 1988. He studied at WKU from Summer 2012 to Spring 2014. On a WKU Web admissions application, he also listed his email as noooz_one@hotmail.com.

### B. STATEMENTS OF RAMIC AND COCONSIRATORS IN FURTHRANCE OF CONSPIRACY AND PROPAGANDA

After Ramic and his co-conspirators successfully joined ISIS, they split up, undergoing training and ultimately fighting for the terrorist organization on different fronts. In the months that followed, the three kept in contact furthering their conspiracy, sharing their locations in Syria, Iraq, and elsewhere, as well as discussing the work they were doing on behalf of ISIS; they also communicated with others about their goals. These messages reference specific ISIS ideology, major battles and relevant locations.

For example, on July 30, 2014, Ramic sent a message to Alkhalaf describing how he used a dushka [anti-aircraft weapon] to shoot at planes. That same day Ramic sent another message to Alkhalaf indicating that that he was in Raqqah, Syria. Likewise, Ramic and his co-conspirators reference myriad locations (e.g., Ramadi, in Al-An Bar; Kobane; Shadadi; Mosul; and Tal Ramis) of relevance to them while they were traveling for and fighting on ISIS's behalf.

7

For example, on September 27, 2014, Alnwfal sent a message to Alkhalaf that he was in "Alanbar, Ramadi province (Iraq)." On October 6, 2014, Alnwfal sent a message to Alkhalaf that "Paradise and the virgins long for you." On November 15, 2014, Alnwfal sent Ramic a message "Praise be to Allah, I thought you were dead. I'm in the city of Ramadi in the province of Al-Anbar (Iraq)." On December 6, 2014, Ramic sent a message to Alkhalaf that he is in Kobane (Syria) and that today he got his vacation for 2 days. In a later communication from that day, Ramic tells Alkhalaf that he put Alkhalaf in his will so that Alkhalaf would get his belongings if Ramic was killed during jihad. On March 1, 2015, Ramic received a message from Alkhalaf advising that Alnwfal was missing and is being considered a martyr.

On March 14, 2015, in an email, Alkhalaf stated that Alnwfal went to fight jihad and was killed by the crusader's plane. On March 14, 2015, in an email, Alkhalaf stated that Alnwfal was killed in Tal Hamis, Syria, and that he was supposedly deterring an attack by the PKK.

In addition to these communications, Alkhalaf also communicated with WKU on two occasions after leaving the United States from his Donkhalaf@hotmail.com email account. As noted above, Alkhalaf was in the U.S. on a student visa and had been studying at WKU prior to his June 2014 flight to Turkey.

On September 18, 2014, Alkhalaf sent an email to WKU which read in relevant part: "[t]hree months ago I came to factually believe that Islamic state in Iraq and Levant I.S.I.L is the true way. They follow the footsteps of the prophet and take Qur'an as Imam. Alhamdulilah [praise to God] i found my way to the land of al sham [Syria]; now I live under the caliphate[.]" Almost a year after his departure, on June 8, 2015, Alkhalaf sent another e-mail from to WKU stating "I am with islamic state. In sha Allah [God willing] when we conquer the US I will look for you." WKU officials confirmed that the email address Alkhalaf was associated to Alkhalaf's student account.

During his time with the terrorist group, Ramic attended a military training camp, engaged in combat, and conspired with other ISIS members to provide material support and resources to

ISIS. As a result, a grand jury indicted Ramic for providing and conspiring to provide material support to a designated foreign terrorist organization, and knowingly receiving military training by and from a designated foreign terrorist organization. At trial, the United States intends to offer statements made by Ramic, and other co-conspirators, some of which are outlined above, about plans to join ISIS, ISIS's ideology, structure, military plans, and other such communications made in furtherance of the conspiracy to provide material support to ISIS.

Once outside of the United States, Ramic shared with his family the work he was doing on behalf of ISIS. Indeed, in speaking with the FBI, Ramic's mother admitted that Ramic sent her the below two photographs:




In the first photo, Ramic is dressed in camouflage and stands in front of a truck outfitted with an anti-aircraft gun and an ISIS flag. Ramic holds the flag open, so it can be seen in the photograph. Arabic writing on the hood of the truck appears to be the popular ISIS slogan "A Caliphate based on the Prophetic Tradition." In the second photo, Ramic sits on the ground, wearing a head covering and holding a rifle.

In addition to Ramic and his co-conspirators' admissions, the United States anticipates introducing the testimony and a deposition of cooperating witnesses 1 and 2, respectively. Both were former ISIS members who interacted with Ramic during his time with the terrorist organization. One such witness, referenced in the Complaint as "CW," is expected to testify that this person met Ramic when Ramic was using the name "Abu Hazim al Bosnawi" [Abu Hazim the Bosnian]. Ramic shared with this individual a number of identifying (and accurate) details, such as the fact that Ramic had a criminal record in Kentucky or somewhere in the "Bible belt," and that Ramic knew the FBI had an open investigation into Ramic due to his jihadi activities. The CW will testify that he met Ramic at Camp Abdullah Aazzam, an ISIS military training camp near Taqba, Syria. Ramic was in the "kadeemi group," ahead of the CW's group, and their time in the camp overlapped for a few weeks, likely in mid-to-late July 2014. The CW not only had direct conversations with Ramic, but can also can confirm that they both received military-type training at Camp Abdullah Aazzam from ISIS. The training included weapons training and physical training. In fact, the CW is expected to testify that the trainees at the camp all fired an AK-47—a well-known assault rifle that used throughout the Middle East and ubiquitously by ISIS. CW 2 testified in a video recorded deposition that he knew Ramic as "Abu Hazim" and that Ramic fought in Kobane and received military training from ISIS. CW 2 also identified "Abu Hazim" as the person identified in the photographs identified above.

## C. EARLY EVIDENCE OF RAMIC'S RADICLAZATION AND INTENT TO ENGAGE IN RADICAL JIHAD

The United States provided notice of the intent to introduce evidence that Ramic traveled to Yeman and Saudi Arabia to radicalize and achieve his goal of engaging in radical Jihad in from 2010 until he successfully traveled to join ISIS in June 2014.[1] Ramic was interviewed by federal

---

[1] In DN 131 the United States provided notice pursuant to FRE 404(b) of Ramic's intent to repeatedly travel to engage in jihad. Specifically, Ramic traveled or attempted to travel to engage in radicalization and jihad by plans to

10

agents after his return from Yemen and prior to his travel to join ISIS in 2014. During those interviews Ramic denied traveling for the purpose of radicalizing or engaging in radical jihad. However, an FBI covert employee (OCE) and an FBI confidential human source (CHS 2) uncovered Ramic's true intent through his consumption of radicalization materials, participating in radical chatrooms, and Ramic's own online statements about lying the FBI about his purpose of travel to Yemen.

In 2010, Ramic traveled to Yemen for the purpose of radicalization and joining groups engaged in radical jihad. Ramic's purported purines in traveling to Yemen was to enter Dar Al-Mustafa - a religious school. On July 1, 2010, after being denied entry into Yemen for lack a student visa, Ramic ultimately returned back to the United States. After his return, Ramic was interviewed by the FBI several times. In every interview, Ramic maintained that his reason for traveling to Yemen was to study at the Dar al Mustafa Islamic school and for no other reason.

In September 2011, in conversations with the FBI online undercover employee (OCE-1) on pal talk, Ramic stated that he lied to interviewing authorities, including the FBI, regarding his reason for traveling to Yemen in June 2010. Ramic further discussed his desire to travel abroad to any Muslim country and that lack of funds was holding him back. Ramic advised-that one must pretend to be traveling for the purpose of studying and that easiest way to travel abroad is to apply to a school and get the student visa and then separate from the school after arrival. In addition, the United States intends to introduce evidence that in or about 2011 and 2012 Ramic applied to the Islamic University of Almadinah Almunawwarah in Saudi Arabia and was accepted for the 2011/2012 academic year. He further attempted to obtain a visa in order to travel to Saudi Arabia.

Consistent with his prior trip to Yemen, Ramic attempted to continue his beliefs and

---

travel Yemen in 2010 and Saudi Arabia in 2011/2012. The travel attempts show that Ramic held longstanding intent to radicalize, engage in jihad and further education consistent with his belief in radical jihad; and that he had long planned for the eventual foreign trip he made to join ISIS. Ramic objected and moved in limine to exclude. DN 166.

11

radicalize. The prior occasions of Ramic's travel and attempts to travel are relevant to demonstrate Ramic's intent, knowledge, plan, and further demonstrate Ramic's determination and persistence to engage in radicalization and violent jihad. This is intrinsic, *res gestae*, and direct evidence of intent to conspire and provide material support to ISIS as alleged in the Indictment.

During this same time, Ramic at least two online aliases to engage online with various social media platforms: Malik Al Muthanna, and Sunnah or Die. Both of these profiles engaged in "chats," or online conversations, with CHS 2 and the OCE others on an online platform known as PalTalk.  In these chat discussions and online forums with the OCE or CHS 2, Ramic participated in discussions about jihad and made incriminating statements about his true intent when he traveled to Yemen. During his conversations on PalTalk in a chatroom dedicated to the teachings of a known radical Islamic cleric, Ramic consumed radical information and participated in communications indicative of his intent to participate in jihad.

### III. A SEPARATE STATEMENT OF EACH UNRESOVLED SUBSTANTIVE ISSUE OF LAW, WITH DISCUSSION AND CITATIONS TO AUTHORITIES

- **Stipulation or Judicial Notice ISIS is an FTO**.

The United States requested a stipulation from the defendant regarding the status of ISIS, and its aliases, as a Foreign Terrorist Organization (FTO). The United States also filed a motion for judicial notice that ISIS, and its other names, is listed as an FTO in the Federal Register. On October 15, 2004, the United States Secretary of State designated al Qa'ida in Iraq (AQI), then known as Jam'at al Tawhid wa'al-Jihad, as an FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On May 15, 2014, the Secretary of State amended the designation of AQI to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the ISIL listing: the Islamic State of Iraq and al-Sham ("ISIS"), the Islamic

State of Iraq and Syria ("ISIS"), ad-Dawla al Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.

- **Admission of Deposition of CW 2**

A deposition of CW 2 was conducted via live stream Zoom video in Courtroom 4 in the United States District Courtroom 4 in the Western District of Kentucky on April 17, 2024. The witness place placed under oath and testified with translation provided by a sworn Bosnian interpreter. CW 2 testified from Sarajevo, Bosnia. The deposition was video recorded and transcribed. The parties' objections were noted during the deposition.

The United States filed a motion to take testimony via deposition of CW 2 pursuant to Fed. R. Crim. P. 15. DN 118. The United States provided a sealed document. DN 119. Defendant objected in a sealed response. DN 128. The Court granted the United States request to conduct the deposition. DN 136.

On Friday, April 12, 2024, the United States emailed formal notice to Ramic's counsel indicating the time, date and specific location of the deposition in Bosnia at a hotel and that the deposition would be live streamed to Courtroom 4 in the United State District Courtroom in Louisville, Kentucky. The United States also filed formal notice of the deposition. DN 175. The United States filed a motion to admit the deposition. DN 193. The defendant objected. DN 204.

- **United States' Motion for Witness Protections**

The United States filed a motion *in limine* requesting witness protections for FBI covert employee (OCE), confidential human sources, and cooperating witnesses. DN 178. Ramic objected to the requests. DN 183.

- **United States' Motion to Admit ISIS Documents**

The United States filed a motion *in limine* to Admit ISIS documents regarding Ramic and coconspirators border crossing and biographical information provided when joining ISIS. DN

13

168. These ISIS border crossing records show Alkhalaf, Alnwfal and Ramic all traveled on the same day through the same border crossing in Syra to join ISIS.

- **United States' Motion To Admit Co-Conspirator Statements**

The United States filed a motion to admit evidence of coconspirator statements under FRE 801(d)(2)(E). DN 170. The United States has identified ample evidence in this motion and DN 170 providing proof of a conspiracy between Alkhalaf, Alnwfal, Ramic, and other ISIS members to provide material support. The United States requests that statements between participants in furtherance of the conspiracy be admitted into evidence.

- **The United States Filed the Following Motions** *in Limine***:**

    - To exclude double jeopardy arguments by Ramic as to any prosecution or sentence in a foreign country. DN 174.
    - To exclude Evidence of Withdrawal from Conspiracy. DN 173.
    - To exclude evidence of Rendition. DN 172.
    - To exclude evidence of Charging Decisions. DN 171.

**IV.    A STATEMENT OF EVIDENTIARY ISSUES WHICH IT IS REASONABLY BELIEVED WILL BE RAISED AT TRIAL TOGETHER WITH CITATIONS TO THE FRE AND AUTHORITIES IN SUPPORT OF POSITION TAKEN**

None at this time.

**V.    A STATMENT OF ANY KNOWN OR REASONABLY ANTICPATED POTENTIAL TRIAL PROBLEMS, OR OTHER ISSUES WHICH MAY ASSIST THE COURT IN TRYING THE CASE.**

The United States has requested witness protections which may result in courtroom closure. A separate courtroom with an audio feed may be necessary for public access to the proceedings. The United States may also request that certain witnesses be permitted to use non-public entrances and exits from the courtroom and courthouse.

## VI. PROPOSED SUBSTANTIVE AND SPECIAL JURY INSTRUCTIONS WITH CITATIONS TO AUTHORITIES.

The United States will file proposed jury instructions via separate filing.

## VII. PROPOSED VOIR DIRE QUESTIONS

The United States will file proposed *voir dire* questions via separate filing.

Respectfully submitted,

| | |
|---|---|
| MATTHEW G. OLSEN<br>ASSISTANT ATTORNEY GENERAL | MICHAEL A. BENNETT<br>UNITED STATES ATTORNEY |
| By: */s/ Kevin C. Nunnally*<br>Kevin C. Nunnally<br>Trial Attorney<br>National Security Division<br>Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530<br>Telephone: (202) 514-2007 | By: */s/ Joshua D. Judd*<br>Joshua D. Judd<br>Christopher Tieke<br>Assistant United States Attorneys<br>U.S. Attorney's Office<br>Western District of Kentucky<br>717 West Broadway<br>Louisville, KY 40202<br>Telephone: (502) 582-5911 |

### CERTIFICATE OF SERVICE

On May 14, 2024, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the Defendants.

*/s/ Joshua D. Judd*
Joshua D. Judd
Assistant United States Attorney