Court

AO 189 (Rev. 2/83)

# JURY PANEL RECORD

| DISTRICT | CASE NUMBER |
|---|---|
| WESTERN DISTRICT OF KENTUCKY AT BOWLING GREEN | 1:21-CR-00013-GNS |

CASE TITLE: UNITED STATES OF AMERICA v. MIRSAD RAMIC

ATTORNEYS: Joshua Judd/Christopher Tieke/Kevin Nunnally | Scott Wendelsdorf

PRESIDING JUDGE: CHIEF JUDGE GREG N. STIVERS — DATE DRAWN: 6/4/2024

| | NO. | NAME | Challenged by P | Challenged by D | Challenged by C |
|---|---|---|---|---|---|
| | 1 | 104 | | X | |
| | 2 | 212 | | X | |
| | 3 | 025 | | X | |
| (1) | 4 | 193 | | | |
| (2) | 5 | 121 | | | |
| | 6 | 216 | | X | |
| | 7 | 200 | | X | |
| | 8 | 174 | | X | |
| (3) | 9 | 002 | | | |
| | 10 | 095 | | X | |
| (4) | 11 | 116 | | | |
| (5) | 12 | 021 | | | |
| (6) | 13 | 213 | | | |
| (7) | 14 | 118 | | | |
| (8) | 15 | 074 | | | |
| | 16 | 088 | X | | |
| (9) | 17 | 084 | | | |
| | 18 | 143- | X | | |
| | 19 | 215 | | X | |
| (10) | 20 | 203 | | | |
| | 21 | 092 | | X | |
| (11) | 22 | 209 | | | |
| (12) | 23 | 199 | | | |
| (13) | 24 | 162 | | | |
| (14) | 25 | 071 | | | |
| | 26 | 055 | | X | |
| | 27 | 076 | X | | |
| | 28 | 211 | | X | |
| | 29 | 141 | | | |
| | 30 | 070 | X | | |
| | 31 | 154 | X | | |
| | 32 | 214 | | | |
| | 33 | | | | |
| | 34 | | | | |
| | 35 | | | | |
| | 36 | | | | |
| | 37 | | | | |
| | 38 | | | | |

FILED
JAMES J. VILT, JR. - CLERK
JUN 04 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## ALTERNATE JURORS

| NO. | NAME | P | D | C | NO. | NAME | P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 6 | | | | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 10 | | | | |

P = Plaintiff D = Defendant C = Court

USA

AO 189 (Rev. 2/83)

# JURY PANEL RECORD

| DISTRICT | CASE NUMBER |
|---|---|
| WESTERN DISTRICT OF KENTUCKY AT BOWLING GREEN | 1:21-CR-00013-GNS |

CASE TITLE: UNITED STATES OF AMERICA v. MIRSAD RAMIC

ATTORNEYS: Joshua Judd/Christopher Tieke/Kevin Nunnally | Scott Wendelsdorf

PRESIDING JUDGE: CHIEF JUDGE GREG N. STIVERS

DATE DRAWN: 6/4/2024

| NO. | NAME | Challenged by P | D | C | NO. | NAME | Challenged by P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 104 | | | | 20 | 203 | | | |
| 2 | 212 | | | | 21 | 092 | | | |
| 3 | 025 | | | | 22 | 209 | | | |
| 4 | 193 | | | | 23 | 199 | | | |
| 5 | 121 | | | | 24 | 162 | | | |
| 6 | 216 | | | | 25 | 071 | | | |
| 7 | 200 | | | | 26 | 055 | | | |
| 8 | 174 | | | | 27 | 076 | ✓ | | |
| 9 | 002 | | | | 28 | 211 | | | |
| 10 | 095 | | | | 29 | 141 | | | |
| 11 | 116 | | | | 30 | 070 | ✓ | | |
| 12 | 021 | | | | 31 | 154 | ✓ | | |
| 13 | 213 | | | | 32 | 214 | | | |
| 14 | 118 | | | | 33 | | | | |
| 15 | 074 | | | | 34 | | | | |
| 16 | 088 | ✓ | | | 35 | | | | |
| 17 | 084 | | | | 36 | | | | |
| 18 | 143 | ✓ | | | 37 | | | | |
| 19 | 215 | | | | 38 | | | | |

FILED
JAMES J. VILT, JR. - CLERK
JUN 04 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## ALTERNATE JURORS

| NO. | NAME | P | D | C | NO. | NAME | P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 6 | | | | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 10 | | | | |

P = Plaintiff D = Defendant C = Court



AO 189 (Rev. 2/83)

# JURY PANEL RECORD

| DISTRICT | CASE NUMBER |
|---|---|
| WESTERN DISTRICT OF KENTUCKY AT BOWLING GREEN | 1:21-CR-00013-GNS |

| CASE TITLE | | |
|---|---|---|
| UNITED STATES OF AMERICA | V. | MIRSAD RAMIC |

| ATTORNEYS | |
|---|---|
| Joshua Judd/Christopher Tieke/Kevin Nunnally | Scott Wendelsdorf |

| PRESIDING JUDGE | DATE DRAWN |
|---|---|
| CHIEF JUDGE GREG N. STIVERS | 6/4/2024 |

| NO. | | NAME | Challenged by P | D | C | NO. | | NAME | Challenged by P | D | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 104 | | | ✓ | | 20 | 203 | | | | |
| 2 | 212 | | | ✓ | | 21 | 092 | | | ✓ | |
| 3 | 025 | | | ✓ | | 22 | 209 | | | | |
| 4 | 193 | | | | | 23 | 199 | | | | |
| 5 | 121 | | | | | 24 | 162 | | | | |
| 6 | 216 | | | ✓ | | 25 | 071 | | | | |
| 7 | 200 | | | ✓ | | 26 | 055 | | | ✓ | |
| 8 | 174 | | | ✓ | | 27 | 076 | | | | |
| 9 | 002 | | | | | 28 | 211 | | | ✓ | |
| 10 | 095 | | | ✓ | | 29 | 141 | | | | |
| 11 | 116 | | | | | 30 | 070 | | | | |
| 12 | 021 | | | | | 31 | 154 | | | | |
| 13 | 213 | | | | | 32 | 214 | | | | |
| 14 | 118 | | | | | 33 | | | | | |
| 15 | 074 | | | | | 34 | | | | | |
| 16 | 088 | | | | | 35 | | | | | |
| 17 | 084 | | | | | 36 | | | | | |
| 18 | 143- | | | | | 37 | | | | | |
| 19 | 215 | | | ✓ | | 38 | | | | | |

FILED
JAMES J. VILT, JR. - CLERK
JUN 04 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## ALTERNATE JURORS

| NO. | NAME | P | D | C | NO. | NAME | P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 6 | | | | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 10 | | | | |

P = Plaintiff D = Defendant C = Court