FILED
JAMES J. VILT, JR. - CLERK
JUN 11 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:21-CR-00013-GNS-HBB

UNITED STATES OF AMERICA          PLAINTIFF

v.

MIRSAD RAMIC          DEFENDANT

## VERDICT FORM

### Count 1– Providing Material Support or Resources to a Designated Foreign Terrorist Organization (18 U.S.C. § 2339B(a)(1))

As to **Count 1** of the Indictment, we, the jury, by unanimous verdict, find Defendant Mirsad Ramic (check only one):

\_\_\_\_ Not Guilty

✓ Guilty

**REDACTED**
_____
FOREPERSON

6/11/2024
_____
DATE

**Please proceed to the next page.**

1

**Count 2 – Conspiring to Provide Material Support or Resources to**
**a Designated Foreign Terrorist Organization (18 U.S.C. § 2339B(a)(1))**

As to **Count 2** of the Indictment, we, the jury, by unanimous verdict, find Defendant Mirsad Ramic (check only one):

____ Not Guilty

✓ Guilty

REDACTED
_____
FOREPERSON

6/11/2024
_____
DATE

**Count 3 – Receiving Military-Type Training from**
**a Designated Foreign Terrorist Organization (18 U.S.C. § 2339D(a))**

As to **Count 3** of the Indictment, we, the jury, by unanimous verdict, find Defendant Mirsad Ramic (check only one):

____ Not Guilty

✓ Guilty

REDACTED
_____
FOREPERSON

6/11/2024
_____
DATE

Please notify the Court Security Officer that you have reached a verdict.