**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 1:21CR-00013-GNS**
**UNITED STATES OF AMERICA,**                                                           **PLAINTIFF,**

**v.**

**MIRSAD RAMIC,**                                                                                            **DEFENDANT.**

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

      Comes the defendant, by counsel, and moves the Court to continue the sentencing in this action, currently scheduled for September 24, 2024. As grounds for said motion, the undersigned states that additional time is necessary to adequately prepare for sentencing, most notably for completion of psychological testing and evaluation of defendant. To that end, counsel has retained Dr. Patti van Eys, Nashville, Tennessee, a licensed clinical psychologist who has qualified as an expert witness in numerous criminal trials. Dr. Van Eys cannot commence her evaluation of Mr. Ramic and review of the extensive evidence in this case until October 1, 2024, and has advised that a final report will probably take three months from that date to complete. Additional time will be necessary after receipt of Dr. Van Eys' final report and evaluation to properly prepare for sentencing.

      The undersigned has been authorized by the United States to represent to the Court that it has no objection to the granting of this motion, but there is no agreement between the parties regarding the length of that continuance.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

/s/ Scott T. Wendelsdorf
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on August 23, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808