UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
(Filed Electronically)

CRIMINAL NO. 1:21-CR-13-GNS

UNITED STATES OF AMERICA,  PLAINTIFF,

vs.

MIRSAD RAMIC,  DEFENDANT.

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PRESENTENCE REPORT

Comes the defendant, by counsel, and moves the Court to extend the time within which he is to file his objections to the preliminary presentence report herein (DN 273) to and including November 4, 2024. As grounds for said motion, the undersigned states that additional time is necessary to consult with defendant regarding his objections to the preliminary presentence report.

/s/ Scott T. Wendelsdorf
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on September 24, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808