UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA     PLAINTIFF

v.     Criminal No. 21-CR-00013-GNS

MIRSAD RAMIC     DEFENDANT

TERMINATION OF APPEARANCE
- Electronically Filed -

The United States of America, through the undersigned Trial Attorney, respectfully requests that the Court direct the Clerk of Court to terminate her appearance on this docket. The undersigned will no longer be employed by the National Security Division as of February 28, 2025.

Respectfully submitted,

By:     /s/ Jessica K. Fender
Jessica K. Fender
Trial Attorney
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: 202-305-4596
Email: Jessica.Fender2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to counsel for Defendant.

                                      Respectfully submitted,

By:    /s/ Jessica K. Fender
           Jessica K. Fender
           Trial Attorney
           U.S. Department of Justice
           National Security Division