# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# (Filed Electronically)

**CRIMINAL ACTION NO. 1:21-CR-13-GNS**

**UNITED STATES OF AMERICA,**                          **PLAINTIFF,**

vs.

**MIRSAD RAMIC**                                               **DEFENDANT.**

## NOTICE OF APPEAL

Notice is hereby given that Mirsad Ramic, the defendant in the above-referenced matter, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgment and sentence entered herein on April 15, 2025 (R.308, Judgment).

                                                     /s/ Scott T Wendelsdorf
                                                     Federal Defender
                                                     200 Theatre Building
                                                     629 Fourth Avenue
                                                     Louisville, Kentucky 40202
                                                     (502) 584-0525
                                                     Counsel for Defendant

## CERTIFICATE

I hereby certify that on April 28, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Joshua Judd and Christopher C. Tieke, Assistant. United States Attorneys, and Kevin C. Nunnally, United States Department of Justice.

                                                     /s/ Scott T Wendelsdorf